NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSIE L. KELLY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7062

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4018, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Rosie L. Kelly moves without opposition for a 60-day extension of time, until October 1, 2012, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 1 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq
James R. Sweet, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2012

JAN HORBALY
CLERK